CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226

Attorney for Defendant
JOHN HENDRIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 13-00091-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING |
| JOHN HENDRIX, | Date: July 2, 2013 |
| Defendant. | Time: 9:45 a.m. |
| | Judge: JOHN A. MENDEZ |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Olusere Olowayeye Assistant United States Attorney, attorney for plaintiff and Carl E. Larson, Esq. attorney for defendant JOHN HENDRIX that the trial confirmation hearing set for June 25, 2013 be rescheduled for July 2, 2013 at 9:45 a.m.

The reason for this continuance is that defense counsel needs additional time to review the discovery and for further investigation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 2, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

| | |
|---|---|
| Dated: June 20, 2013 | Respectfully submitted, |
| | /s/ Carl E. Larson<br>CARL E. LARSON<br>Attorney for Defendant<br>JOHN HENDRIX |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Carl E. Larson for<br>OLUSERE OLOWOYEYE<br>Assistant U.S. Attorney |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 25, 2013, trial confirmation hearing be continued to July 2, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the July 2, 2013 trial confirmation hearing be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 6/20/2013            /s/ John A. Mendez
                            JOHN A. MENDEZ
                            United States District Court Judge